AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

Alma Patricia Soto-Barrera       *Principal*

YOB: 1960

United States District Court
Southern District of Texas
FILED

FEB 0 8 2017

Clerk of Court

Case Number:

M-17- 0266 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 6, 2017** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Angel Garcia-Alvarado and Maria Del Carmen Reyes-Solis, citizens and nationals of El Salvador, along with two (2) other undocumented alien, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas, to the point of arrest near Roma, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On February 6, 2017 at approximately 4:30 P.M., camera operators advised agents working near the Rio Grande River in Roma, Texas that a raft with several individuals was coming across the Rio Grande River from the Mexican side. The camera operators indicated that the raft with the individuals was making land fall behind a land mark known as the "Purple House". Agent Cantu and State Trooper Riojas responded to the information provided by the camera operators.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:  [X] Yes   [ ] No

Signature of Complainant

Salvador Mendez       Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

February 8, 2017                               at   McAllen, Texas
Date                                                 City and State

Dorina Ramos          , U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-17- 0266 -M

**RE:** **Alma Patricia Soto-Barrera**

**CONTINUATION:**
Agent Cantu arrived near the purple house area and observed a white SUV parked in front of the purple house. Agent Cantu then proceeded to drive up behind the white SUV and observed four individuals exiting the white SUV running in different directions. With the assistance of the camera operators, agents were able to detain four individuals. Trooper Riojas detained the driver of the white SUV later identified as Alma Patricia SOTO-Barrera a United States Citizen. Agent Cantu then proceeded to the purple house area where he observed and compared the different foot sign that was coming from the river, to the foot sign of the four individuals that ran out of the white SUV with a positive match.
Agent Cantu proceeded to conduct an immigration inspection on all four subjects and it was determined they were all illegally present in the United States.
All subjects were place under arrest and transported to the Border Patrol Station for processing.

## Principal Statement:
Alma Patricia SOTO-Barrera a naturalized citizen of the United States was read her Miranda Rights and agreed to provide a statement without an attorney present.
SOTO stated that she was hired by an unknown smuggler to pick up four illegal aliens and was going to get paid $200 USD to transport the aliens to an unknown location. SOTO stated she knew the subjects that got in the white SUV were in the United States Illegally. Soto then stated it was her second time picking up undocumented aliens.

(SOTO has a prior alien smuggling case RGC1606000337 on June 7, 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-17- 0266 -M

**RE:** **Alma Patricia Soto-Barrera**

**CONTINUATION:**
**MATERIAL WITNESS STATEMENT 1:**
Jose Angel GARCIA-Alvarado a citizen of El Salvador was read his Miranda Rights and agreed to provide a sworn statement without an attorney present.
GARCIA stated he paid $4500 USD to be smuggled into the United States. GARCIA stated that he was smuggled into the United States along with three other subjects and two foot guides. GARCIA stated that they were told by one of the foot guides to run behind a house and hide in the brush until a vehicle picked them up. GARCIA stated he waited approximately 35 minutes in the brush when he saw a white SUV drive up very close to his location. GARCIA then stated he got out of the brush and entered the white SUV and sat behind the passenger seat. GARCIA stated that moments later while he sat in the SUV, he saw Border Patrol and ran out of the white SUV and eventually was arrested by Border Patrol.

Jose Angel Garcia-Alvarado was shown a photo lineup and identified Alma Patricia SOTO-Barrera as the driver of the white SUV.

**MATERIAL WITTNESS STATEMENT 2:**
Maria Del Carmen Reyes-Solis a citizen of El Salvador was read her Miranda Rights and agreed to provide a sworn statement without an attorney present.
Reyes stated she paid $3000. USD to be smuggled into the United States. She was smuggled into the United States on February 6, 2017 along with 3 other individuals. After crossing the river, Reyes stated that they waited in the brush for about an hour. Reyes stated that a lady driving a white SUV drove up close to their location and waved at them to enter a white SUV. Reyes then stated that she sat in the front passenger seat. She stated that moments later she saw Border Patrol and that the driver of the white SUV told her to get out of the vehicle. Reyes indicated that she ran but was caught by Border Patrol

Maria Del Carmen Reyes-Solis was shown a photo lineup and identified Alma Patricia SOTO-Barrera as the driver of the white SUV.